Cody Allen Carr (DCP # 082738)      :      Civil No.  3:24-cv-01633

Severed from: 3:24-cv-01085

**FILED
SCRANTON**

v.

OCT 2 3 2024

Judge: M. MANNION

Jillian Cuffaro, et al.     PER_____ :

DEPUTY CLERK

{**X**} Demand for Jury Trial

:

*"Amended Complaint"*

## I.    NATURE OF COMPLAINT

1. This is a civil action authorized by **42 U.S.C. § 1983** to redress the deprivation under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under **28 U.S.C. §§ 2283** and **2284** and **Rule 65 of the Federal Rules of Civil Procedure.**

2. The Middle District of Pennsylvania is an appropriate venue under **28 U.S.C. § 1391 (b) (2)** because it is where the events giving rise to this claim occurred.

## II.    PLAINTIFF

3. Plaintiff, Cody Allen Carr, whom is also recognized by his maiden name, Cody Allen Carbaugh at Dauphin County Prison, is and was at all times mentioned herein a pretrial detainee confined at Dauphin County Prison, in Harrisburg, Pennsylvania, Dauphin County.

## III.    DEFENDANTS

4. Each of the following defendants are being sued individually and in each of their official capacities. At all times mentioned in this complaint, each defendant acted under the color of state law.

5. Defendant, Jillian Cuffaro, is a Director of Treatment and Unit Management for Dauphin County Prison. Ms. Cuffaro's work address is:

Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

6. Defendant, Gregory Briggs, is a Warden for Dauphin County Prison. Mr. Briggs's work address is:

Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

7. Defendant, Latonya Ray, is a Deputy Warden of Treatment for Dauphin County Prison. Ms. Ray's work address is:

   Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

8. Defendant, DiAndra Pena, is a Litigation and Policy Coordinator for Dauphin County Prison. Ms. Pena's work address is:

   Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

9. Defendant, Emilia Rodriguez, is an Executive Assistant to Warden for Dauphin County Prison. Ms. Rodriquez's work address is:

   Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

10. Defendant, Janine Rawls, is a Community Connections Coordinator and Law Library Supervisor for Dauphin County Prison. Ms. Rawls's work address is:

    Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

11. Defendant, Ann Yingst, is a Law Library Specialist for Dauphin County Prison. Yingst's work address is:

    Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

12. Defendant, Lionel Pierre, is a Deputy Warden of Security for Dauphin County Prison. Mr. Pierre's work address is:

    Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

13. Defendant, Bruce LeValley, is a Deputy Warden of Operations for Dauphin County Prison. Mr. LaValley's work address is:

    Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

14. Defendant, Sean Boran, is a Unit Manager for Dauphin County Prison. Mr. Borden's work address is:

    Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

15. Defendant, John Bey, is the Director of Criminal Justice for Dauphin County Prison. Mr. Bey's work address is:

    Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

16. Defendant, Roger Lucas, is a Custody Major for Dauphin County Prison. Mr. Lucas's work address is:

    Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

17. Defendant, Danielle Thomas is the Human Resources Manager for Dauphin County Prison. Ms. Thomas's work address is:

Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

18. Defendant, Valera Coyle is the Business Office Manager for Dauphin County Prison. Ms. Coyle's work address is:

Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

19. Defendant, Christian Dreibelbis, is a Treatment Specialist for Dauphin County Prison. Dreibelbis's work address is:

Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

20. Defendant, Olivia, is a Treatment Specialist for Dauphin County Prison. Ms. Olivia's work address is:

Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

21. Defendant, William Welden, is a Unit Manager for Dauphin County Prison. Mr. Weldon's work address is:

Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

22. Defendant(s), Dauphin County Prison Board of Inspectors are board members of the Prison Board of Inspectors for Dauphin County Prison. The Dauphin County Prison Board of Inspectors consist of Mary K. Bateman, Commissioner, Justin Douglas, Commissioner, George P. Hartwick, III, Commissioner, Michael H.W. Pries, Francis T. Chardo, Frank Lavery, Scott Arthur Evans, Hanif L. Johnson, and Nicholas Chimienti, Jr. Their work address is:

Dauphin County Prison, 501 Mall Road, Harrisburg, PA 17111

23. **DENIAL OF ACCESS TO THE COURTS, DELIBERATE INDIFFERENCE, FAILURE TO TRAIN, FAILURE TO ACT/REMEDY:**

24. In April 2022, DCP officials denied my access to the courts when they refused to deliver mail from Clearfield County Public Defender's Office, dated and post-marked April 25, 2022 and received back at Clearfield County Public Defender's Office on June 10, 2022 after DCP officials refused to deliver said mail to me and returned it with the envelope marked "inmate released" and "unable to forward" due to it being addressed in my legal name, CODY CARR instead of my maiden name CODY CARBAUGH in which DCP will only recognize and use my maiden name, CARBAUGH, because "DCP will use the name you were first here on."

25. DCP officials violated my U.S. Constitutional Amendment rights # 1, 5 and 6 when they refused, to deliver said mail and decided to follow the arbitrary policy of "DCP will use the name you were first here on." In this case, the first time I became an inmate at DCP I was not married and my name was Cody Allen Carbaugh. This was in November, 2013. I then married in October, 2015 and legally changed my name to Cody Allen Carr in which

all my legal documents including my current charges, are under the name, Cody Allen Carr.

26. DCP's refusal to recognize my legal name, "Carr" which was legally changed in October, 2015 after being married, not only has denied me Access to the Courts but has also violated my right to legal representation. Whether intentionally or unintentionally, this has discriminated against my sexual orientation and is extremely biased to my "non-traditional", same-sex marriage.

27. This frivolous and arbitrary policy, procedure, regulation or custom, is NOT reasonably related to legitimate penological interests, nor does it support the safety, security, or operations of the prison. In order for a policy, procedure or regulation to support the safety, security or operations of the prison, NOT having said policy, procedure or regulation has to pose a threat to the safety, security or operations of the prison, in which NOT having this policy does NOT nor would it pose a threat to the safety, security or operations of the prison.

28. A basic corollary to the right of Access to the Courts is the prisoner's right to communicate with an attorney.

29. The right of a prisoner to communicate with their attorney concerning pending or contemplated legal action is recognized by all courts.

30. In **Procunier v. Martinez, 354 F. Supp. 1092** in pertinent part, it states "Procunier enunciated the minimum procedure that must be followed when prison officials censor or withhold mail. The prisoner must be notified of the rejection of his or her letter, the letter's author must be allowed to protest the refusal and the complaint must be decided by an official other than one who made the original decision to refuse delivery."

31. Also in **Procunier v. Martinez**, it states in pertinent part, "the following should, at minimum, be provided for: (1) notice to the inmate that a letter has been disapproved, whether the letter be incoming or outgoing; (2) a reasonable opportunity for the inmate to contest a decision disapproving of an outgoing letter and for an inmate's correspondent to contest a similar decision on an incoming letter; (3) review of complaint arising from censorship by an official of the prison other than the person who initially decided to disapprove a letter."

32. This petitioner was NOT informed by Dauphin County Prison that the piece of legal mail in question was sent to me and subsequently returned to sender. This petitioner did NOT find out that said mail was sent to me and subsequently returned to sender until petitioner had his Preliminary hearing for Clearfield County and his Clearfield County Public Defender informed him of the situation. The Clearfield County Public Defender's Office was unable to forward the mail to me due to not knowing where to send the mail.

33. On January 26, 2023, I sent an IRF to the Law Library requesting a manila envelope to mail out my § 1983 lawsuit.

34. On January 31, 2023, Yingst, hereinafter referred to as "YINGST", responded with the following response: "We do not provide envelopes for civil paperwork. You will have to use envelopes provided in your indigent packet."

35. On October 18, 2023, I sent an IRF to the Law Library requesting "paper to finish my petition to the Court which is access to the Courts."

36. On October 20, 2023, Yingst responded with the following response: "You will need to use your indigent packet for paper and envelopes etc. as you are not pro-se. Your attorney is Eric Delp. Any motions or petitions you try to file will be stamped and fwd. to Atty Delp per Rule 576 (A) (4)."

37. On October 22, 2023, I submitted an IRF to the Law Library requesting "paper for my pro-se motion which is access to the courts."

38. On October 23, 2023, Yingst responded with the following response: "We do not have pro-se paperwork. As long as you have an attorney on record, all motions get forwarded to him/her (Per Rule 576 (A) (4)). Both dockets have Eric Delp as your attorney, you are not pro-se."

39. On November 9, 2023, this petitioner forwarded a Habeas Corpus brief to the Supreme Court of Pennsylvania. This brief was over 40 pages long. Due to my indigent status, the Business Office placed 1 (one) stamp on this brief and mailed it. Due to such, this brief was returned from the post office for "insufficient postage".

40. DCP officials violated my U.S. Constitutional Amendment rights # 1 and 5 in regards to petitioning the Government for a redress of grievances, Access to the Courts and due process of law.

41. On December 14, 2023 Borden returned said brief to me and explained to me that the USPS was requesting an additional $1.89 in postage. I explained to Borden that I was indigent and that DCP always pays for my legal postage and that they even pay for my personal postage. I also informed him that it was DCP whom placed the initial stamp on the envelope to begin with and that they would need to pay for the rest of it due to my indigent status and it being legal mail. Borden informed me that he would forward the brief to Yingst and inform her what I had told him.

42. On December 15, 2023, Yingst returned the unopened brief to me stating "This was returned for insufficient postage. You need to add an additional $1.89 in postage and then mail it back out." I informed Yingst that DCP has declared me indigent and that DCP has always paid for my legal postage and even pays for my personal postage. I also informed her that because I was indeed declared "indigent" by Dauphin County Prison and that this was a brief to the Supreme Court of Pennsylvania thus considered "legal mail" that DCP was required to pay for the postage and that refusing to pay for the postage was in turn violating my right to Access to the Courts.

43. Yingst informed me that DCP was NOT required to pay for the legal postage that the payment for postage was the responsibility of the inmate. I then asked Yingst if I could get that in writing and she informed me that I could find it in the handbook. I informed her that it in fact was not in the handbook and how was I supposed to get this brief mailed out since I was indigent and couldn't pay for it. Yingst informed that I would have to write a request slip to Welden and talk to him about it on Monday.

44. On December 15, 2023 I submitted an IRF to Welden explaining to him the situation and asking for his assistance with it being mailed out. I never received a response from Welden or anyone else in regards to this issue.

45. It has been the law of the land since 1941 that a state and its officers may not abridge or impair a prisoner's right to apply to a federal court for a Writ of Habeas Corpus.

46. In **Ex Parte Hull, 312 U.S. 546 (1941)**, it states in pertinent part, "the state and its officers may not abridge or impair petitioner's right to apply to a federal court for a writ of habeas corpus."

47. Since the decision in **Ex Parte Hull**, federal courts have closely scrutinized any prison regulation that allows the prison administration to refuse to forward prisoner mail.

48. On December 17, 2023, I finalized my legal brief for the Disciplinary Counsel of the Supreme Court of Pennsylvania. I forwarded said brief to Yingst for her to forward to the Business Office to mail out as per DCP policy. I informed Yingst both in person and via IRF that there was a deadline for said brief to be mailed out and said deadline was the very next day, December 18, 2023.

49. On December 19, 2023, Dreibelbis returned said brief to me stating that I either had to pay for my own postage or request a while legal pro-se manila envelope from the law library in order for DCP to pay for the postage.

50. The lack of coherence by DCP officials caused the failure to meet the deadline of December 18, 2023 that was imposed upon me. The envelope that I used was a DCP approved manila envelope that received from another inmate who had purchased said envelope off the DCP commissary. Nevertheless, the envelope that was used was a DCP issued and approved envelope and therefore should never have been denied to be sent out with their postage.

51. In essence, if DCP officials would have allowed the use of this DCP approved and DCP commissary issued manila envelope, it would have saved DCP money no matter how little. It can be confidently assert that "saving money" is and always will be one objective of any penological institution.

52. I have attempted on numerous occasions to obtain paper from the Law Library in order to prepare my legal briefs. At the time of these requests I was not pro-se thus according to Yingst, Community Connections Coordinator/Law Library Supervisor, Janine Rawls, hereinafter referred to "RAWLS", Cuffaro and Ray I was not afforded the privilege of

additional paper or envelopes aside from the 5 sheets of paper and 2 envelopes that I received in my bi-weekly indigent kit.

53. Any inmate or individual even slightly accustomed and familiar with the legal system in regards to petitions and motions can confidently assert that in some or even most cases, a mere 5 sheets of paper would NOT normally be sufficient enough paper to draft a legal brief.

54. On December 27, 2023, I submitted an IRF to Yingst, stating, "Ms. Ann, I am in desperate need of a pro-se legal letter pad for my briefs to the Judicial Conduct Board and the Disciplinary Board of the Supreme Court please. Thanks."

55. On January 2, 2024, Yingst responded to my request stating, "You have been denied this by Admin, therefore I cannot supply above."

56. On December 29, 2023, I filed a grievance (grievance # 1022) for DCP refusing to pay for legal postage. The grievance was marked "non-grievable" and signed by Cuffaro with the following response: "Indigent mail provides envelopes every 2 weeks. Envelopes are only provided for pro-se indigent individuals. Even so, a person must exhaust free indigent envelopes first. You were not pro-se until 1/4/2024."

57. On January 5, 2024, the Honorable President Judge Scott Arthur Evans, granted my request to proceed pro-se.

58. In **Bounds v. Smith, 430 U.S. 817** in pertinent part states, "The court affirmed, holding that the prisoners had a constitutional right of Access to the Courts. States had affirmative obligations to assure all prisoners meaningful access to the courts, including paper and pen, notarial services, stamps, the foregoing of docket fees and lawyers."

59. Also in **Bounds v. Smith, 430 U.S. 817** in pertinent part, it states that "It is indisputable that indigent inmates must be provided at state expense, with paper and pen to draft legal documents, with notarial services to authenticate them and with stamps to mail them."

60. In **Murdock v. Thompson, 2020 U.S. Dist. LEXIS 9499** it states in pertinent part, "The Fiscal policy procedure for indigent inmates to send out legal mail states that every facility is supposed to keep unlimited amounts of indigent inmate stamps on hand for legal mail of indigent inmates whether or not the facility uses the CON system."

61. In **Jenkins v. Lane, 977 F.2d at 268 Jenkins v. Lane, 977 F.2d at 268** (quoting **Demallory v. Cullen, 855 F.2d 442, 448-49 (7th Cir. 1988)**) it states…" The showing of detriment is waived, however where the inmate alleges "a direct, substantial and continuous, rather than a "minor and indirect" limit on legal materials."

62. On January 31, 2024, I forwarded to Yingst, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Yingst an IRF asking her to confirm the date that she forwarded this piece of legal mail to the business office to be mailed out. Yingst confirmed that this piece of

mail was forwarded to the business office on January 31, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

63. On February 05, 2024, I forwarded to Yingst, legal mail addressed to The Disciplinary Counsel of the Supreme Court of Pennsylvania-Elizabeth Rubin. In addition to this piece of legal mail, I also forwarded to Yingst an IRF asking her to confirm the date that she forwarded this piece of legal mail to the business office to be mailed out. Yingst confirmed that this piece of mail was forwarded to the business office on February 05, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

64. On February 15, 2024, I forwarded to Yingst, legal mail addressed to Dauphin County Public Defender's Office-Eric Delp, Esq. In addition to this piece of legal mail, I also forwarded to Yingst an IRF asking her to confirm the date that she forwarded this piece of legal mail to the business office to be mailed out. Yingst confirmed that this piece of mail was forwarded to the business office on February 15, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

65. On February 15, 2024, I forwarded to Dreibelbis, legal mail addressed to MDJ Court 46-3-01. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on February 15, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

66. On February 15, 2024, I forwarded to Dreibelbis, legal mail addressed to Pennsylvania State Police-Internal Affairs. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on February 15, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

67. On February 21, 2024, I forwarded to Dreibelbis, legal mail addressed to Brandy Hoke, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on February 21, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

68. On February 25, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on February 25, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

69. On February 25, 2024, I forwarded to Yingst, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Yingst an IRF asking her to confirm the date that she forwarded this piece of legal mail to the business office to be mailed out. Yingst confirmed that this piece of mail was forwarded to the business office on February 25, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

70. On February 26, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on February 26, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

71. On February 29, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on February 29, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

72. On March 4, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on March 4, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

73. On March 4, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on March 4, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

74. On March 8, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on March 8, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

75. On March 11, 2024, I forwarded to Yingst, legal mail addressed to PREA Auditor-Greg Winston. In addition to this piece of legal mail, I also forwarded to Yingst an IRF asking her to confirm the date that she forwarded this piece of legal mail to the business office to be mailed out. Yingst confirmed that this piece of mail was forwarded to the business

office on March 11, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

76. On March 12, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on March 12, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

77. On March 12, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on March 12, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

78. On March 12, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on March 12, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

79. On March 13, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Public Defender's Office-Eric Delp, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on March 13, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

80. On March 20, 2024, I forwarded to Yingst, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Yingst an IRF asking her to confirm the date that she forwarded this piece of legal mail to the business office to be mailed out. Yingst confirmed that this piece of mail was forwarded to the business office on March 20, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

81. On March 20, 2024, I forwarded to Yingst, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Yingst an IRF asking her to confirm the date that she forwarded this piece of legal mail to the business office to be mailed out. Yingst confirmed that this piece of mail was forwarded to the business office on March 20, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

82. On March 20, 2024, I forwarded to Treatment Specialist, Olivia, hereinafter referred to as "OLIVIA", legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded Olivia an IRF asking her to confirm the date that she forwarded this piece of legal mail to the business office to be mailed out. Olivia confirmed that this piece of mail was forwarded to the business office on March 12, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

83. On March 20, 2024, I forwarded to Olivia, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Olivia an IRF asking her to confirm the date that she forwarded this piece of legal mail to the business office to be mailed out. Olivia confirmed that this piece of mail was forwarded to the business office on March 12, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

84. On March 20, 2024, I forwarded to Olivia, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Olivia an IRF asking her to confirm the date that she forwarded this piece of legal mail to the business office to be mailed out. Olivia confirmed that this piece of mail was forwarded to the business office on March 20, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

85. On March 27, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on March 27, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

86. April 1, 2024, Luis Rodriguez, hereinafter referred to as "LUIS", left his position as a Correctional Officer and filled the position of Grievance Coordinator.

87. On April 1, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County District Attorney's Office-Jennifer W. Gettle, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on April 1, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

88. On April 1, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Public Defender's Office-Eric Delp, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on April 1, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

89. On April 8, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on April 8, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

90. On April 8, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on April 8, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

91. On April 8, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on April 8, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

92. On April 8, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on April 8, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

93. On April 16, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking her to confirm the date that she forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on April 16, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

94. On April 16, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on April 16, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

95. On April 18, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County Clerk of Courts-Bridget Whitley, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this

piece of mail was forwarded to the business office on April 18, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

96. On April 18, 2024, I forwarded to Dreibelbis, legal mail addressed to Dauphin County District Attorney's Office-Jennifer W. Gettle, Esq. In addition to this piece of legal mail, I also forwarded to Dreibelbis an IRF asking him to confirm the date that he forwarded this piece of legal mail to the business office to be mailed out. Dreibelbis confirmed that this piece of mail was forwarded to the business office on April 18, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

97. On April 18, 2024, I forwarded to Yingst, legal mail addressed to Dauphin County District Attorney's Office-Jennifer W. Gettle, Esq. In addition to this piece of legal mail, I also forwarded to Yingst an IRF asking her to confirm the date that she forwarded this piece of legal mail to the business office to be mailed out. Yingst confirmed that this piece of mail was forwarded to the business office on April 18, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

98. On April 18, 2024, I forwarded to Yingst, legal mail addressed to Dauphin County Public Defender's Office-Eric Delp, Esq. In addition to this piece of legal mail, I also forwarded to Yingst an IRF asking her to confirm the date that she forwarded this piece of legal mail to the business office to be mailed out. Yingst confirmed that this piece of mail was forwarded to the business office on April 18, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

99. On April 18, 2024, I forwarded to Yingst, legal mail addressed to Dauphin County Public Defender's Office-Mary Klatt, Esq. In addition to this piece of legal mail, I also forwarded to Yingst an IRF asking her to confirm the date that she forwarded this piece of legal mail to the business office to be mailed out. Yingst confirmed that this piece of mail was forwarded to the business office on April 18, 2024. According to administration's documentation, this piece of legal mail was NOT mailed out.

100. On March 20, 2024, I submitted an IRF to Director of Treatment and Unit Management, Ms. Jillian Cuffaro, alerting her once again that not all of my legal mail was being mailed out, that I had proof and that I wanted to speak with her about it. Ms. Cuffaro responded with "I'll be out to see you."

101. On April 25, 2024, I met with Director of Treatment and Unit Management, Ms. Jillian Cuffaro and I informed her that not all my legal mail was being mailed out again and that I wanted this issue fixed. Ms. Cuffaro informed me that "I don't have anything to do with legal mail so I am not even going to spin you. I don't know what to tell you."

102. Pursuant to **42 U.S.C.A § 1997 e** when it comes to the exhaustion of administrative remedies, the defendants in this case cannot say that this prisoner has NOT exhausted or has NOT attempted to exhaust his administrative remedies for the following reasons:

103. In **Sapp v. Kimbrell, 623 F.3d 813, 822-23 (9th Cir. 2010)** and in **Nunez v. Duncan, 591 F.3d 1217, 1224 (9th Cir. 2010)** it states in pertinent part that "failure to exhaust may

be excused when prisoner demonstrates that grievance process was unavailable to him through no fault of his own."

104. In **Williams v. Paramo, 775 F.3d 1182, 1191 (9th Cir. 2015)** it states in pertinent part "a plaintiff may satisfy his burden by "showing that the local remedies were ineffective, unobtainable, unduly prolonged, inadequate or obviously futile."

105. Lastly, in **Nunez, 591 F.3d at 1224-25** it states in pertinent part, "affirmative acts by prison officials that disrupt or prevent the exhaustion of administrative remedies may make administrative remedies effectively unavailable."

106. Also in **Caliz v. City of Los Angeles, 2021 U.S. Dist LEXIS 135164** quoting **Albino, 747 F.3d at 1172** it states "once the defendant has carried its burden, the burden shifts to the prisoner to come forward with evidence showing that there is something in his particular case that made the existing and generally available administrative remedies effectively unavailable to him."

107. On December 29, 2023, I filed a grievance (grievance # 1023) on Community Connections Coordinator/Law Librarian Supervisor, Ms. Janine Rawls for her denying my access to the grievance procedure.

108. On March 2, 2024, I filed a grievance on DCP officials continuing to interfere and impede me from filing an effective § 1983 lawsuit. This grievance was returned "closed" by Deputy Warden LaTonya Ray with a note stating that it was similar to grievance #954. It should be noted that grievance #954 was marked "non-grievable" due to not having any receiving staff response.

109. The point that this Plaintiff is attempting to assert is that DCP's grievance procedure/administrative remedies are "ineffective, unobtainable, unduly prolonged, inadequate or obviously futile" **(Williams v. Paramo, 775 F.3d 1182, 1191 (9th Cir. 2015)** as well as that "affirmative acts by prison officials that disrupt or prevent the exhaustion of administrative remedies may make administrative remedies effectively unavailable" **(Nunez, 591 F.3d at 1224-25).**

110. It should be clear by the responses to my grievances by DCP officials, that they do nothing but evade and ignore the whole point that is grieved in each grievance, that they do not provide reasonable solutions and they flagrantly justify and excuse the issues grieved.

111. Not only that but the extensive time periods between each response are "unreasonable", and "unduly prolonged".

112. When DCP officials make the decision to mark grievances "non-grievable" when in fact they are grievable, when they evade and ignore the whole point that is being grieved, when they allow unreasonable time pass between each response, when they use the same or similar response as the previous response instead of actually reading the grievance and providing an informed response, or when they "misplace" or have "no record" of

grievances that inmates file, prison officials in all actuality are disrupting or preventing the exhausting of administrative remedies thus they become "obviously futile", "ineffective", "unobtainable", and "unavailable" at no fault of my own.

113. On May 20, 2024, I sent and IRF to Briggs, stating, "I have been attempting to discuss with you the issues I am having with my legal mail not being sent out for months. These slips continue to be intercepted because they don't want you to know that this is going on. I have proof and no one will listen. I am pro-se and this is directly effecting my criminal case. I need to see you ASAP."

114. On June 13, 2024, I received a response back from Briggs stating, "I'll speak to you this week." This was on Thursday which would mean he had to end of business on June 14, 2024 to see me. Briggs failed to come see me.

115. On June 17, 2024, I received a grievance response back from Briggs in regards to my legal mail issue stating, "I will be meeting with you on June 17, 2024 to discuss this with you. You need to provide proof that your mail was not mailed out…"

116. This prisoner had attempted on multiple occasions to reach out to the various aforementioned individuals requesting them to remedy the legal mail issue and to provide them with proof to no avail. If this prisoner received any response from these individuals, it was a full denial of my allegations and a full out refusal to meet with me in order for me to show them the proof that not all my legal mail was being mailed out.

117. These supervisors (i.e. Cuffaro, Ray, E. Rodriguez, Pena, Briggs, etc.), maliciously abused their supervisory positions which in turn violated this inmate's rights and has created irreparable harm.

118. These individuals were in a position to correct these violations, by changing and/or amending regulations, policies and procedures and by bad cause failed to do so.

119. These defendants are personally, ethically, professionally and lawfully responsible for this grievous treatment to this plaintiff.

120. Unfortunately, Yingst has been unfairly put in a position by her superiors in which she must "follow orders' or risk having her position of employment terminated.

121. Unfortunately, Yingst is bound by the directives given to her by her superiors and does not make policies or procedures and is forced to enforce them.

122. In **A.M. ex rel. J.M.K. v. Luzerne Cty. Juvenile Det. Ctr., 372 F. 3d 572, 586 (3ʳᵈ Cir. 2004)** it states in pertinent part that, "a supervisor defendant may only be liable for unconstitutional acts undertaken by subordinates if the supervisor either: (1) with deliberate indifference to the consequences, established and maintained a policy, practice or custom which directly caused the Constitutional harm; or (2) participated in violating the plaintiff's rights, directed other to violate them or as the person in charge, had knowledge of and acquiesced in the subordinate's unconstitutional conduct."

123. These defendants acting under the color of state law deprived this plaintiff of Constitutionally protected rights.

## V.   LEGAL CLAIMS

124. These violations of this prisoner's rights have constituted a violation of the Plaintiff's 1st, 5th, 6th, 8th, and 14th Amendments of the United States Constitution.

125. These violations of this prisoner's rights have constituted a violation of the Plaintiff's Article 1 § 1, Article 1 § 13, Article 1 § 20 and Article 1 § 26 Amendments of the Constitution of the Commonwealth of Pennsylvania.

126. In regards to the Dauphin County Prison Board of Inspectors, these violations have also violated 61 Pa.C.S. § 1724 (a).

127. The Plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this Court grants the declaratory and injunctive relief which the Plaintiff seeks.

## VI.   REQUEST FOR RELEIF

128. WHEREFORE, Plaintiff respectfully prays that this Court enter Judgment granting plaintiff:

129. A declaration that the acts and omissions described herein violated the Plaintiff's rights under the Constitution and the laws of the United States.

130. A Preliminary and Permanent Injunction ordering defendants and various unknown "Admin" employees of Dauphin County Prison to immediately upon receipt from Plaintiff, to mail any and all legal/special mail and provide the correct amount of postage for any and all legal/special mail as per Dauphin County Prison policies and procedures for indigent pro-se inmates as well as per federal laws.

131. Compensatory damages against each defendant, jointly and severally.

132. Punitive damages against each defendant, jointly and severally.

133. Unless a settlement is agreed upon by all parties and approved by this Court, a Jury Trial on all issues triable by Jury.

134. Plaintiff's costs in this suit.

135. Any additional relief this Court deems just, proper and equitable.

Dated: 10/16/24

Respectfully Submitted,

Cody Allen Carr (Carbaugh)

DCP #082738

Dauphin County Prison

501 Mall Road

Harrisburg, PA 17111

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed in Harrisburg, Pennsylvania on 10/04/2024

Cody Allen Carr (Carbaugh)

| DATE | DCP# | LAST NAME | FIRST NAME | ADDRESS | LEGAL | NOT LEGAL |
|------|------|-----------|------------|---------|-------|-----------|
| 1/31/2024 | 082738 | Carbaugh | Cody | Clearfield County Clerk of Courts | x | |
| 1/31/2024 | 082738 | Carbaugh | Cody | Swatara Township Police Department | x | √ |
| 1/31/2024 | 082738 | Carbaugh | Cody | Supreme Court of PA | x | √ |
| 1/31/2024 | 082738 | Carbaugh | Cody | Clearfield County Public Defender | x | √ |
| 1/31/2024 | 082738 | Carbaugh | Cody | Franklin County Juvenile Probation | x | √ |
| 1/31/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts | x | √ |
| 2/13/2024 | 082738 | Carbaugh | Cody | Clearfield County DA 230 East Market Street, Clear | x | √ |
| 2/20/2024 | 082738 | Carbaugh | Cody | PA State Police 485 North Findley Street, Punxsuta | x | √ |
| 3/4/2024 | 082728 | Carbaugh | Cody | Kristen Hamilton Esq. 999 Lincoln Way East, Cham | x | √ |
| 3/7/2024 | 082738 | Carbaugh | Cody | PA Prison Society 230 South Broad Street, Suite 60 | x | √ |
| 3/7/2024 | 082738 | Carbaugh | Cody | PA Office of Attorney General Strawberry Square 16 | x | √ |
| 3/11/2024 | 082738 | Carbaugh | Cody | Dubois City Police 16 W Scribner Avenue, Dubois, | x | √ |
| 3/11/2024 | 082738 | Carbaugh | Cody | PA State Police 1800 Elmerton Avenue, Harrisburg, | x | √ |
| 3/18/2024 | 082738 | Carbaugh | Cody | PA Institutional Law Project 718 Arch Street, Suite | x | √ |
| 3/19/2024 | 082738 | Carbaugh | Cody | PA Supreme Court 1601 Market Street, Suite 3320, | x | √ |
| 3/21/2024 | 082738 | Carbaugh | Cody | Judicial Conduct Board 601 Commonwealth Ave., | x | √ |

| DATE | DCP# | LASTNAME | FIRSTNAME | ADDRESS | LEGAL | NOT LEGAL |
|---|---|---|---|---|---|---|
| 3/21/2024 | 082738 | Carbaugh | Cody | Judicial Conduct Board 601 Commonwealth Ave, Suite 3500, Harrisburg, PA 17120 | x | |
| 4/2/2024 | 082738 | Carbaugh | Cody | Jeremy Coe Law 423 South Spring Ave, Tyler, TX 75702 | x | |
| 4/3/2024 | 082738 | Carbaugh | Cody | Supreme Court of PA, Office of the Prothonotary, PO Box 62575, Harrisburg, PA 17106 | x | |
| 4/9/2024 | 082738 | Carbaugh | Cody | PA Institutional Law Project 115 Farley Circle, Suite 110, Lewisburg, PA 17837 | x | |
| 4/9/2024 | 082738 | Carbaugh | Cody | Supreme Court of PA, Office of the Prothonotary, PO Box 62575, Harrisburg, PA 17106 | x | |
| 4/9/2024 | 082738 | Carbaugh | Cody | Dauphin County DA 101 Market Street, Harrisburg, PA 17101 | x | |
| 4/9/2024 | 082738 | Carbaugh | Cody | Dauphin County Public Defender Mary Klatt, 2 South 2nd Street, Floor #2, Harrisburg, PA 17101 | x | |
| 4/9/2024 | 082738 | Carbaugh | Cody | Dauphin County Public Defender Eric Delp, 2 South 2nd Street, Floor #2, Harrisburg, PA 17101 | x | |
| 4/9/2024 | 082738 | Carbaugh | Cody | Judicial Conduct Board Elizabeth Ruby 601 Commonwealth Avenue, Suite 3500, PO Box 62525, Harrisburg, PA 17111 | x | |
| 4/9/2024 | 082738 | Carbaugh | Cody | Dauphin County Prison Warden Gregory Briggs 501 Mall Road. Harrisburg, PA 18501 | x | |
| 4/12/2024 | 082738 | Carbaugh | Cody | US District Court 235 N Washington Avenue, Scranton, PA 18501 | x | |
| 4/12/2024 | 082738 | Carbaugh | Cody | MDJ 12-2-04 1806 North Cameron Street, Harrisburg, PA 17103 | x | |
| 4/18/2024 | 082738 | Carbaugh | Cody | United States District Court 1501 N 6th Street, Suite 101, Harrisburg, PA 17102 | x | |
| 4/18/2024 | 082738 | Carbaugh | Cody | Judicial Conduct Board Elizabeth Ruby 601 Commonwealth Avenue, Suite 3500, PO Box 62525, | x | |

| DATE | DCP# | LAST NAME | FIRST NAME | ADDRESS | LEGAL | NOT LEGAL |
|------|------|-----------|------------|---------|-------|-----------|
| 4/18/2024 | 082738 | Carbaugh | Cody | United States District Court 1501 N 6th Street, Suite 101, Harrisburg, PA 17102 | x | ✓ |
| 4/18/2024 | 082738 | Carbaugh | Cody | Judicial Conduct Board Elizabeth Ruby 601 Commonwealth Avenue, Suite 3500, PO Box 62525, Harrisbur | x | ✓ |
| 5/3/2024 | 082738 | Carbaugh | Cody | Dauphin County Office of Open Records 2 South 2nd Street, Harrisburg, PA 17101 | x | ✓ |
| 5/3/2024 | 082728 | Carbaugh | Cody | National PREA Commission PO Box 14475, Pennsylvania Avenue NW, Washington, DC 20044 | x | ✓ |
| 5/6/2024 | 082738 | Carbaugh | Cody | Hbg Chapter PA Prison Society 27 N Cameron Street, Harrisburg, PA 17101 | x | ✓ |

| DATE | DCP# | LAST NAME | FIRST NAME | ADDRESS | LEGAL | NOT LEGAL |
|---|---|---|---|---|---|---|
| 5/6/2024 | 082738 | Carbaugh | Cody | Hbg Chapter PA Prison Society 27 N Cameron Street, Harrisburg, PA 17101 | x | |
| 5/9/2024 | 082738 | Carbaugh | Cody | ACLU of PA PO Box 60173, Philadelphia, PA 19102 | x | |
| 5/9/2024 | 082738 | Carbaugh | Cody | Brian Scott Chacker, Esq. 1731 Spring Garden Street, Philadelphia, PA 19130 | x | |
| 5/9/2024 | 082738 | Carbaugh | Cody | PA Client Asst. Program 1617 JFK Boulevard, Philadelphia, PA 19103 | x | |
| 5/9/2024 | 08738 | Carbaugh | cody | Supreme Court of PA Prothonotary 601 Commonwealth Ave., Suite 4500, Harrisburg, PA | x | |
| 5/9/2024 | 082738 | Carbaugh | Cody | US Dist. Court Middle Dist of PA Prothonotary 1501 N 6th Street, Harrisburg, PA 17102 | x | |
| 5/9/2024 | 082738 | Carbaugh | Cody | PA Legal Aid Network 118 Locust Street, Harrisburg, PA 17101 | x | |
| 5/9/2024 | 082738 | Carbaugh | Cody | Mid-Penn Legal Services 213-A North Front Street, Harrisburg, PA 17101 | x | |
| 5/9/2024 | 082738 | Carbaugh | Cody | Andrew Lacy Jr, Esq. 2514 West Seybert, Philadelphia, PA 19121 | x | |
| 5/9/2024 | 082738 | Carbaugh | Cody | Casey Green, Esq. 1101 Market Street, Suite 2700, Philadelphia, PA 19107 | x | |

| DATE | DCP# | LAST NAME | FIRST NAME | ADDRESS | LEGAL | NOT LEGAL |
|------|------|-----------|------------|---------|-------|-----------|
| 5/21/2024 | 082738 | Carbaugh | Cody | Roy Galloway Law 4309 Linglestown Road, Suite 107, Harrisburg, PA 17112 | x | |
| 5/21/2024 | 082738 | Carbaugh | Cody | Matthew Clayberger Esq, 225 Grandview Ave,, Camp Hill, PA 17011 | x | |
| 5/21/2024 | 082738 | Carbaugh | Cody | Devon Jacob Esq, PO Box 837, Mechanicsburg, PA 17055 | x | |
| 5/21/2024 | 082738 | Carbaugh | Cody | David Sanford Esq, 111 S. Culvert Street, Suite 1950, Baltimore, MD 21202 | x | |
| 5/21/2024 | 082738 | Carbaugh | cody | Marshall Dennehey Law 200 Corporate Center Dr., Suite 300, Camp Hill, PA 17011 | x | |
| 5/21/2024 | 082728 | Carbaugh | Cody | Marzzaco, Niven & Assoc. 945 E Park Dr., Suite 103, Harrisburg, PA 17111 | x | |
| 5/21/2024 | 082738 | Carbaugh | Cody | PA Superior Court Prothonotary 601 Commonwealth Ave., Suite 1600, Harrisburg, PA 17106 | x | |
| 5/21/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | x | |
| 5/23/2024 | 082738 | Carbaugh | Cody | Franklin County Clerk of Courts 14 North Main Street, Chambersburg, PA 17201 | x | |
| 5/23/2024 | 082738 | Carbaugh | Cody | Law Office of Eric Weisbrod 999 Lincoln Way East, Chambersburg, PA 17201 | x | |
| 5/23/2024 | 082738 | Carbaugh | Cody | Franklin County Juvenile Probation 425 Franklin Farms Lane, Chambersburg, PA 17202 | x | |
| 5/23/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | x | |
| 5/24/2024 | 082738 | Carbaugh | Cody | Hn MDJ David S Meholick, MDC 46-3-01, 309 Maple Ave, PO Box 452, Dubois PA 15801 | x | |
| 5/24/2024 | 082738 | Carbaugh | Cody | Dauphin Co Courthouse, Dauphin Co Clerk of Courts, 101 Market St, Rm 100, HBG | x | |

| DATE | DCP# | LAST NAME | FIRST NAME | ADDRESS | LEGAL | NOT LEGAL |
|---|---|---|---|---|---|---|
| 5/28/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | x | ✓ |
| 5/29/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | x | ✓ |
| 5/29/2024 | 082738 | Carbaugh | Cody | PA Superior Court Prothonotary 601 Commonwealth Ave., Suite 1600, Harrisburg, P | x | ✓ |
| 5/29/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | x | ✓ |
| 6/4/2024 | 082738 | Carbaugh | Cody | PA Institutional Law Project 115 Farley Circle, Suite 110, Lewisburg, PA 17837 | x | ✓ |
| 6/5/2024 | 082738 | Carbaugh | Cody | Judge Evans 101 Market Street, Room 100, Harrisburg, PA 17101 | x | ✓ |
| 6/5/2024 | 082738 | Carbaugh | Cody | Superior Court of PA 601 Commonwealth Ave., Suite 1600, Harrisburg, PA 17106 | x | ✓ |
| 6/5/2024 | 082738 | Carbaugh | Cody | Dauphin County DA 101 Market Street, Harrisburg, PA 17101 | x | ✓ |
| 6/10/2024 | 082738 | Carbaugh | Cody | Franklin County Clerk of Courts 14 N Main Street, Chambersburg, PA 17201 | x | ✓ |
| 6/10/2024 | 082738 | Carbaugh | Cody | National PREA Commission PO Box 14475, PA Avenue NW, Washington, DC 20044 | x | ✓ |
| 6/10/2024 | 082738 | Carbaugh | Cody | PA Client Asst. Progam 1617 JFK Boulevard, Philadelphia, PA 19103 | x | ✓ |
| 6/11/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | x | ✓ |
| 6/11/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | x | ✓ |
| 6/14/2024 | 082738 | Carbaugh | Cody | Crisp & Assoc. 4031 N Front Street, Harrisburg, PA 17110 | x | ✓ |

| DATE | DCP# | LAST NAME | FIRST NAME | ADDRESS | LEGAL | NOT LEGAL |
|------|------|-----------|------------|---------|-------|-----------|
| 6/14/2024 | 082738 | Carbaugh | Cody | Crisp & Assoc. 4031 N Front Street, Harrisburg, PA 17110 | x | ✓ |
| 6/17/2024 | 082738 | Carbaugh | Cody | Dauphin County DA 101 Market Street, Harrisburg, PA 17101 | x | ✓ |
| 6/20/2024 | 082738 | Carbaugh | Cody | 2 South 2nd St. Floor #2 Harrisburg PA 17101 | x | ✓ |
| 6/24/2024 | 082738 | Carbaugh | Cody | Clearfield County Courthouse, Brian Spencer, 1 N 2nd Street, #103, Clearfie | x | ✓ |
| 6/24/2024 | 082738 | Carbaugh | Cody | LGBTQ Center Harrisburg 1323 N Front Street, Harrisburg, PA 17102 | | x |
| 6/26/2024 | 082738 | Carbaugh | Cody | United States District Court Middle Dist. Of PA 1501 North 6th Street, Suite | x | ✓ |
| 6/27/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | x | ✓ |
| 6/27/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | x | ✓ |
| 6/27/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | x | ✓ |
| 6/27/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | x | ✓ |
| 6/28/2024 | 082738 | Carbaugh | Cody | PA Office of Open Records, Attn Appeal Officer, 333 Market Street, 16th Flo | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Sylvia H Rambo Courthouse 1501 North 6th Street, Harrisburg, PA 17102 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Lionel Pierre 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Gregory Briggs 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Bruce LeValley 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Mark Skelton 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Randall Hinkle 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Robert Battaglia 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | DiAndra Pena 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Roger Lucas 501 Mall Road, Harrisburg, PA 17111 | x | ✓✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | DCP Board of Inspectors 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Emillia Rodriguez 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Sean Borden 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Jillian Cuffaro 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Ann Yingst 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | William Welden 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Latonya Ray 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Ms. Olivia - Treatment Specialist 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Kasey Fitz 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Janine Rawls 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/2/2024 | 082738 | Carbaugh | Cody | Christian Dreibelbis 501 Mall Road, Harrisburg, PA 17111 | x | ✓ |
| 7/8/2024 | 082738 | Carbaugh | Cody | Dissinger & Dissinger Law 400 south State Road, Marysville, PA 17053 | x | ✓ |
| 7/9/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | x | ✓ |
| 7/9/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | x | ✓ |
| 7/9/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | x | ✓ |
| 7/9/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | x | ✓ |
| 7/9/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | x | ✓ |

| DATE | DCP# | LAST NAME | FIRST NAME | ADDRESS |
|---|---|---|---|---|
| 7/9/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 |
| 7/9/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 |
| 7/9/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 |
| 7/9/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 |
| 7/9/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 |
| 7/9/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 |
| 7/10/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 |
| 7/16/2024 | 082738 | Carbaugh | Cody | Black & Pink Prison Organization 2406 Fowler Ave., Suite 316, Omaha, NE 68111 |
| 7/16/2024 | 082738 | Carbaugh | Cody | Prison Activist Resource Center PO Box 70447, Oakland, CA 94612 |
| 7/17/2024 | 082738 | Carbaugh | Cody | Liberty Bail Bonds 64 Grandview Drive, Hummelstown, PA 17036 |
| 7/17/2024 | 082738 | Carbaugh | Cody | PA Supreme Court 601 Commonwealth Ave., Suite 4500, Harrisburg, PA 17106-2575 |
| 7/17/2024 | 082738 | Carbaugh | Cody | Warden Gregory Briggs |
| 7/17/2024 | 082738 | Carbaugh | Cody | Agnecy Open Records Officer, Vincent Paese PO Box 1296, Harrisburg, PA 17108 |
| 7/17/2024 | 082738 | Carbaugh | Cody | Agnecy of Open Records, Daneen Miller-Smith 333 Market Street, 16th Floor, Harrisburg, PA 17101 |

| DATE | DCP# | LAST NAME | FIRST NAME | ADDRESS | |
|---|---|---|---|---|---|
| 7/17/2024 | 082738 | Carbaugh | Cody | Liberty Bail Bonds 64 Grandview Drive, Hummelstown, PA 17036 | |
| 7/17/2024 | 082738 | Carbaugh | Cody | PA Supreme Court 601 Commonwealth Ave., Suite 4500, Harrisburg, PA 17106-2575 | ✓ |
| 7/17/2024 | 082738 | Carbaugh | Cody | Warden Gregory Briggs | ✓ |
| 7/17/2024 | 082738 | Carbaugh | Cody | Agency Open Records Officer, Vincent Paese PO Box 1296, Harrisburg, PA 17108 | ✓ |
| 7/17/2024 | 082738 | Carbaugh | Cody | Agency of Open Records, Daneen Miller-Smith 333 Market Street, 16th Floor, Harrisburg, PA 17101 | ✓ |
| 7/19/2024 | 082738 | Carbaugh | Cody | Gary Kelley Law 2133 Market Street, Suite 200, Camp Hill, PA 17011 | ✓ |
| 7/22/2024 | 082738 | Carbaugh | Cody | Sovereign Filing Solutions 5656 Jonesboro Suite 111 PMB, Lake City, GA 30260-3853 | ✓ |
| 7/24/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Harrisburg, PA 17101 | ✓ |
| 7/26/2024 | 082738 | Carbaugh | Cody | National Prison Rape Elimination Act Resource Center 810 Seventh Street NW, Washington, DC 20531 | ✓ |
| 7/26/2024 | 082738 | Carbaugh | Cody | Dauphin County DA, Jennifer Gettle, 101 Market Street, Harrisburg, PA 17101 | ✓ |
| 7/26/2024 | 082738 | Carbaugh | Cody | Warden Gregory Briggs | ✓ |
| 7/26/2024 | 082738 | Carbaugh | Cody | PA Supreme Court Prothonotary 601 Commonwealth Ave., Suite 4500, Harrisburg, PA 17106 | ✓ |

| DATE | DCP# | LAST NAME | FIRST NAME | ADDRESS | |
|---|---|---|---|---|---|
| 7/31/2024 | 082738 | Carbaugh | Cody | Superior Court of PA Benjamin Kohler 601 Commonwealth Ave., Suite 1600, Harrisburg, PA 17106 | ✓ |
| 7/31/2024 | 082738 | Carbaugh | Cody | Dauphin County Office of Open Records Daneen Miller-Smith 333 Market Street, 16th Floor, Harrisburg, PA 17101 | ✓ |
| 7/31/2024 | 082738 | Carbaugh | Cody | US District Court Middle District of PA Clerk of Court 235 N Washington Ave., Scranton, PA 18501 | ✓ |
| 8/5/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Room 100, Harrisburg, PA 17101 | ✓ |
| 8/5/2024 | 082738 | Carbaugh | Cody | PA Institutional Law Project 115 Farley Circle, Suite 110, Lewisburg, PA 17837 | ✓ |
| 8/6/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Room 100, Harrisburg, PA 17101 | ✓ |
| 8/7/2024 | 082738 | Carbaugh | Cody | Dauphin County Public Defender Two South Second Street, Harrisburg, PA 17101 | ✓ |
| 8/7/2024 | 082738 | Carbaugh | Cody | Dauphin County Public Defender Two South Second Street, Harrisburg, PA 17101 | ✓ |
| 8/7/2024 | 082738 | Carbaugh | Cody | Dauphin County District Attorney 101 Market Street, Harrisburg, PA 17101 | ✓ |
| 8/7/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Room 100, Harrisburg, PA 17101 | ✓ |
| 8/7/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Room 100, Harrisburg, PA 17101 | ✓ |
| 8/7/2024 | 082738 | Carbaugh | cody | Dauphin County Clerk of Courts 101 Market Street, Room 100, Harrisburg, PA 17101 | ✓ |
| 8/8/2024 | 082738 | Carbaugh | Cody | PA Institutional Law Project 115 Farley Circle, Suite 110, Lewisburg, PA 17837 | ✓ |
| 8/9/2024 | 082738 | Carbaugh | Cody | Law Offices of Gary Kelley 2133 Market Street, Suite 200, Camp Hill, PA 17011 | ✓ |
| 8/13/2024 | 082738 | Carbaugh | Cody | PA Institutional Law Project 115 Farley Circle, Suite 110, Lewisburg, PA 17837 | ✓ |
| 8/14/2024 | 082738 | Carbaugh | Cody | PA Institutional Law Project 115 Farley Circle, Suite 110, Lewisburg, PA 17837 | ✓ |
| 8/14/2024 | 082738 | Carbaugh | Cody | Lewisburg Prison Project PO Box 128, Lewisburg, PA 17837 | ✓ |
| 8/14/2024 | 082738 | Carbaugh | Cody | Office of Internal Affairs, PREA, 320 First Street, NM, Room 600, Washington, DC 20534 | ✓ |
| 8/14/2024 | 082738 | Carbaugh | Cody | Office of State Inspector General, PREA, 555 Walnut Street, 8th Floor, Harrisburg, PA 17101 | ✓ |
| 8/14/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Room 100, Harrisburg, PA 17101 | ✓ |
| 8/14/2024 | 082738 | Carbaugh | Cody | From Here to the Street Prison Re-Entry PO Box 24-3664, Boynton Beach, FL 33424 | ✓ |
| 8/14/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Room 100, Harrisburg, PA 17101 | ✓ |
| 8/14/2024 | 082738 | Carbaugh | Cody | National PREA Coordinator 400 First Street, NW, Room 4027, Washington, DC 20534 | ✓ |
| 8/16/2024 | 082738 | Carbaugh | Cody | Dauphin County Clerk of Courts 101 Market Street, Room 100, Harrisburg, PA 17101 | ✓ |
| 8/16/2024 | 082738 | Carbaugh | Cody | Franklin County Clerk of Courts 14 North Main Street, Chambersburg, PA 17201 | ✓ |
| 8/16/2024 | 082738 | Carbaugh | Cody | Arnoult Law Office 14 north Main Street, Chambersburg, PA 17201 | ✓ |
| 8/16/2024 | 082738 | Carbaugh | Cody | Dauphin County Witness Asst. Program 101 Market Street, #200, Harrisburg, PA 17101 | ✓ |
| 8/16/2024 | 082738 | Carbaugh | Cody | PA Supreme Court Prothonotary 601 Commonwealth Ave., Suite 4500, Harrisburg, PA 17106-2575 | ✓ |
| 8/16/2024 | 082738 | Carbaugh | Cody | Dauphin County DA Francis Chardo 101 Market Street, Harrisburg, PA 17101 | ✓ |
| 8/16/2024 | 082738 | Carbaugh | Cody | Dauphin County Prison Warden Briggs 501 Mall Road, Harrisburg, PA 17111 | ✓ |
| 8/19/2024 | 082738 | Carbaugh | Cody | Office of Open Records 333 Market Street, 16th Floor, Harrisburg, PA 17101-2234 | ✓ |
| 8/19/2024 | 082738 | Carbaugh | Cody | Lavery Law 225 Market Street, Suite 304, Harrisburg, PA 17101-2126 | ✓ |
| 8/19/2024 | 082738 | Carbaugh | Cody | PA Supreme Court Prothonotary 601 Commonwealth Ave., Suite 4500, Harrisburg, PA 17106-2575 | ✓ |
| 8/19/2024 | 082738 | Carbaugh | Cody | Agency Open Records Officer, Vincent Pease, PO Box 1295, Harrisburg, PA 17108 | ✓ |

**Dauphin County Prison** INMATE REQUEST FORM

DCP-77

From Cody Carbaugh _____ D.C.P. # 082738 Date 12/6/23 Block/Cell Q6 DAY

To: ( ) WARDEN ( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR

( ) COMMISSARY/ACCOUNTANT (X) OTHER Business Offices ( ) RECORDS ( ) SHAKEDOWN

REQUEST I need the dates, times & places all my legal mail was mailed out from your office from June 2023 until present. 12/6/23. Treatment Specialist Christian informe me only your office would have said information. Thanks

REPLY Outgoing mail is not tracked.

O.P. 12/7/23

---

**Dauphin County Prison** INMATE REQUEST FORM

DCP-77

From Cody Carbaugh _____ D.C.P. # 082738 Date 11/28/23 Block/Cell Q6 DAY

To: ( ) WARDEN ( ) DEPUTY WARDEN _____ ( ) CHAPLAIN (X) COUNSELOR

( ) COMMISSARY/ACCOUNTANT ( ) OTHER _____ ( ) RECORDS ( ) SHAKEDOWN

REQUEST Can I have the dates and times all legal mail was sent out under my name since June 2023 please. Also of who they were addressed to please.

REPLY DCP does not collect this information. Dar Line

**Dauphin County Prison** - INMATE REQUEST FORM                    DCP - 77

From Cody Carbaugh          D.C.P. # 082738  Date 3/25/24   Block/Cell Q6 5

To: ( ) WARDEN  ( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR _____

( ) COMMISSARY/ACCOUNTANT (✗) OTHER Dir of TV Jill Cuffaro ( ) RECORDS ( ) SHAKEDOWN

REQUEST  I am in receipt of your response, what type of mail are you referring to? on 3/11/24 in regards to my request to you asking you to explain why the handbook states that all mail will be logged by a staff member prior to leaving the facility however according to D'Amora and D.W. Pierre it isn't tracked I am referring to outgoing mail in general but more specifically legal mail

REPLY  Mr. Carbaugh, you are correct. The current inmate handbook states that all outgoing mail will be logged when in fact only legal mail for indigent status residents is logged prior to mailing. The handbook will be updated to reflect the current procedure as explained above. Thank you, L.P.! 3/26/24

---

**Dauphin County Prison** - INMATE REQUEST FORM                    DCP - 77

From Cody Carbaugh          D.C.P. # 082738  Date 3/11/24   Block/Cell Q6 5

To: ( ) WARDEN  ( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR _____

( ) COMMISSARY/ACCOUNTANT (✗) OTHER Dir of TV Jill Cuffaro ( ) RECORDS ( ) SHAKEDOWN

REQUEST  Can you explain to me why the handbook states that outgoing mail will be logged by a staff member prior to leaving the facility however according to D'Amora Pena & D.W. Pierre outgoing mail is not tracked? Thanks for your cooperation CO

REPLY  What type of mail are you referring to? Jill 3/4/24

## Dauphin County Prison - INMATE REQUEST FORM

DCP-77

From: Cody Carbaugh    D.C.P. # 082738 Date 3/20/24 Block/Cell G6-5

To: ( ) WARDEN ( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR _____

( ) COMMISSARY/ACCOUNTANT (X) OTHER Dr. Dix & Jill Cuffrie ( ) RECORDS ( ) SHAKEDOWN

REQUEST WE HAVE MAJOR ISSUES!!
I want to See you immediately!?!!
I have proof that ALL Legal mail is NOT being mailed

REPLY out! CC

I will be out as soon as I can. /Jill 3/21/24

---

*URGENT*URGENT*URGENT*URGENT*URGENT*

## Dauphin County Prison - INMATE REQUEST FORM

DCP-77

From: Cody Carbaugh    D.C.P. # 082738 Date 3/28/24 Block/Cell G6-5

To: ( ) WARDEN ( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR _____

( ) COMMISSARY/ACCOUNTANT (X) OTHER Diandre Pena ( ) RECORDS ( ) SHAKEDOWN

REQUEST I am having issues of legal mail being mailed out. I know for
a fact that some has not been mailed out. Can you please give me
a list of all legal mail (dates & who it was addressed to) that has
been logged as sent from 1/1/24 - 4/1/24. Thanks CC

REPLY Correct. Please note that the log only applies to indigent mail, so it will not include
any mail on which an inmate paid postage. Additionally, the indigent mail log was implemented
3/15/24 so there are no receptive records prior to that date. Please also note the record is
no pre-paid the cost is $.53. You may either submit an authorization of reduction or acknowledgement
the debt since you are indigent and are required to raise record upon receipt. Thank you. -E.R. 4/1/24

---

## Dauphin County Prison - INMATE REQUEST FORM

DCP-77

From: Cody Carbaugh    D.C.P. # 082738 Date 4/4/24 Block/Cell G6-5

To: ( ) WARDEN ( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR _____

( ) COMMISSARY/ACCOUNTANT (X) OTHER RTK E.R. ( ) RECORDS ( ) SHAKEDOWN

REQUEST You say the policy to log outgoing indigent legal mail was
implemented on 1/25/24. If that is the case why has it been
in the DCP Handbook since 11/16/2022? And then in the updated
one in July 2023? Thanks CC

REPLY The handbook does not outline the administrative procedure for processing outgoing
legal mail from indigent senders. An update will be made to the handbook to clarify the fact that
not all outgoing personal or legal mail is logged and tracked by the facility. The facility only logs
legal mail from indigent senders who cannot pay their own postage.

**Dauphin County Prison** - INMATE REQUEST FORM

DCP - 77

From Cody Carbaugh　　　D.C.P. # 082738　Date 5/6/24　Block/Cell Q6-5

To:　( ) WARDEN　( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR _____
( ) COMMISSARY/ACCOUNTANT　(X) OTHER Dir of Tx Jill Cuffero　( ) RECORDS ( ) SHAKEDOWN

REQUEST I am in receipt of your response from 4/30/24 stating "All legal mail was going out to my knowledge" Please don't disrespect me to the point of making I fill out lie. I informed you on 4/25/24 in prison that NOT all my legal mail was being mailed out. Even on a receipt slip on 3/26/24 stating it wasn't so you say are going to assist

REPLY however you can. My question is how b/c you've known about this issue for months.

It grievance was filed on this. It will go through the grievance process. Jill 5/7/24

---

**Dauphin County Prison** - INMATE REQUEST FORM

DCP - 77

From Cody Carbaugh　　　D.C.P. # 082738　Date 4/25/24　Block/Cell Q6-5

To:　( ) WARDEN　( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR _____
( ) COMMISSARY/ACCOUNTANT　(X) OTHER Dir of Tx Jill Cuffero　( ) RECORDS ( ) SHAKEDOWN

REQUEST On 3/11/24 you + I discussed legal mail denial of access to the Courts issue. You informed me if I had any additional issues w/ legal mail being mailed out to notify you immediately. On 3/26/24 I notified you that once a/the legal mail wasn't being mailed out. On 4/25/24 once I discussed legal mail issues you informed me I don't have anything to do w/ legal mail & I'm not even going to

REPLY Surprise me w/ the chance in p. w/ the refusal to help fix this issue? Thanks
I'm unsure what resolution? All legal mail was going out to my knowledge. You said you have request slips stating the mail was mailed. I will assist you however I can with your legal mail. Jill 4/30/24

---

**Dauphin County Prison** - INMATE REQUEST FORM

DCP - 77

From Cody Carbaugh　　　D.C.P. # 082738　Date 4/23/24　Block/Cell Q6-5

To:　( ) WARDEN　( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR _____
( ) COMMISSARY/ACCOUNTANT　(X) OTHER Dir of Tx Jill Cuffero　( ) RECORDS ( ) SHAKEDOWN

REQUEST I have been asking to speak w/ you about my legal mail issues for over a month now. You say you're not evading/avoiding me but you are which means you are personally involving yourself in my legal mail NOT being sent out in its entirety

REPLY b/c you been informed. U refuse to fix the issue (no)
We spoke last week Jill 4/30/24

## Dauphin County Prison - INMATE REQUEST FORM

DCP-77

From: Cody Carbaugh — D.C.P. # 082738 Date 5/20/04 Block/Cell Q6-5

To: (X) WARDEN ( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR _____

( ) COMMISSARY/ACCOUNTANT (X) OTHER Warden Briggs ( ) RECORDS ( ) SHAKEDOWN

REQUEST: I have been attempting to discuss w/you the issues I'm having, of my legal mail Not being sent out for Months these Slips Continue to be intercepted b/c they don't want you to Know this & some on. I have proof's no one will listen. I am pro se this is directly affecting My criminal case. I need to see you As A.P.

REPLY: I'll speak to you this week _____

---

## Dauphin County Prison - INMATE REQUEST FORM

DCP-77

From: Cody Carbaugh — D.C.P. # 082738 Date 4/24/24 Block/Cell Q6-5

To: (X) WARDEN ( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR _____

( ) COMMISSARY/ACCOUNTANT (X) OTHER Warden Briggs ( ) RECORDS ( ) SHAKEDOWN

REQUEST: On 3/20/24 I informed Dir of Tx Jill Ciffaro that I had proof that all my legal mail was not being mailed out & that I had proof. She refuses to see me about it while using the excuse that "She's busy." This is beyond bullshit & I want my legal mail issue fixed & I want it fixed now. thanks (C)

REPLY: I spoke w/ Director Ciffaro and she advised me that the two of you met yesterday. A.P. 4/26/24

---

## Dauphin County Prison - INMATE REQUEST FORM

DCP-77

From: Cody Carbaugh — D.C.P. # 082738 Date 4/23/24 Block/Cell Q6-5

To: (X) WARDEN ( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR _____

( ) COMMISSARY/ACCOUNTANT (X) OTHER Warden Briggs ( ) RECORDS ( ) SHAKEDOWN

REQUEST: I would like to sit down w/you & Show you the proof that I have that Some of my LEGAL mail is NOT being mailed out. I been attempting to speak to Dir of Tx Jill Ciffaro about this yet she continues to evade & avoid me for over a month. (CC)

REPLY: We spoke last week _____

)ho is out on leave. The covering staff may be unaware that some mail can be sent inter-county. T.O.P.

## Dauphin County Prison - INMATE REQUEST FORM
DCP-77

From: Cody Carhaugh   D.C.P. # 083738   Date 6/4/24   Block/Cell Q6-5

To: ( ) WARDEN ( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR
( ) COMMISSARY/ACCOUNTANT (X) OTHER Emeilia Rodriguez RTK ( ) RECORDS ( ) SHAKEDOWN

REQUEST: I am in receipt of your response dated 5/23/24 "... Of mail sent inter-county" You say that within the indigent local mail policy that you do NOT track "inter-county" mail, however on my last documentation there's "inter-county" mail logged. So I am confused on what is tracked & not

REPLY: track. These ___ inconsistencies do nothing but induce confusion @ ___ ___ ___. It is ___ that inter-county mail that does not ___ postage is not logged. Any variation could be related to county ___ that do not receive inter-county mail or someone may be covering another employee

## Dauphin County Prison - INMATE REQUEST FORM
DCP-77

From: Cody Carhaugh   D.C.P. # 083738   Date 5/27/24   Block/Cell Q6-5

To: ( ) WARDEN ( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR
( ) COMMISSARY/ACCOUNTANT (X) OTHER MS Rodriguez RTK ( ) RECORDS ( ) SHAKEDOWN

REQUEST: I am in receipt of your response dated 5/23/24 "... Please be advised that the indigent mailing does not reflect any mail sent through one of your pre-stamped envelopes or mail sent "inter-county" Could you please dumb down the ___ part for me pls. Thanks ☺

REPLY: Due to your indigent status you are able to request an indigent pack every 2 weeks which includes pre-stamped envelopes. Anything you mail in these envelopes is not tracked on the indigent log. Thank you. EB 5/23/24

## Dauphin County Prison - INMATE REQUEST FORM
DCP-77

From: Cody Carhaugh   D.C.P. # 083738   Date 5/20/24   Block/Cell Q6-5

To: ( ) WARDEN ( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR
( ) COMMISSARY/ACCOUNTANT (X) OTHER MS Rodriguez RTK ( ) RECORDS ( ) SHAKEDOWN

REQUEST: Can I please have a copy of all legal that was sent out from 5/16/24 - 5/20/24. I acknowledge the .25¢ deduction since I am Pro-Se. Attached is an authorization for deduction. Thanks ☺

REPLY: Granted. The legal ___ The cost is 50.25. Please be advised that the indigent mail log does not reflect any mail sent through one of your pro se provided envelopes or not sent inter-county. Thank you. ER 5/23/24

I met with Mr. Carbaugh 1/8/24. [signature]

# Dauphin County Prison - INMATE REQUEST FORM

DCP - 77

From Cody Carbaugh     D.C.P. # 082738   Date 6/3/24    Block/Cell Q6-5

To: ( ) WARDEN  ( ) DEPUTY WARDEN _____  ( ) CHAPLAIN  ( ) COUNSELOR _____

( ) COMMISSARY/ACCOUNTANT  (X) OTHER Warden Gregory Briggs  ( ) RECORDS  ( ) SHAKEDOWN

REQUEST I am in receipt of your response dated 5/30/24 "No mail is held either legal or personal. It is either sent directly to the post office utilizing the black boxes or it is processed in admin for postage & then placed in the outgoing mail for collection." So I can only reasonably assume by your response that (1) despite me having proof that ALL my lost mail is NOT being mailed out that you refuse to meet w/me to address this issue ... situation you have newly personally involved yourself in; (2) that you are condoning these ongoing illegal actions to continue within your prison; (3) You simply refuse to remedy the situation; and (4) You simply don't care.

REPLY _____

---

# Dauphin County Prison - INMATE REQUEST FORM

DCP - 77

From Cody Carbaugh     D.C.P. # 082738   Date 5/30/24    Block/Cell Q6-5

To: (X) WARDEN  ( ) DEPUTY WARDEN _____  ( ) CHAPLAIN  ( ) COUNSELOR _____

( ) COMMISSARY/ACCOUNTANT  ( ) OTHER _____  ( ) RECORDS  ( ) SHAKEDOWN

REQUEST - No mail is held either legal or personal mail is either sent directly to the Post office utilizing the black boxes or it is processed in admin for postage and then placed in the outgoing mail for collection.
Thu Warden

REPLY _____

---

# Dauphin County Prison - INMATE REQUEST FORM

DCP - 77

From Cody Carbaugh     D.C.P. # 082738   Date 5/9/24    Block/Cell Q6-5

To: (X) WARDEN  ( ) DEPUTY WARDEN _____  ( ) CHAPLAIN  ( ) COUNSELOR _____

( ) COMMISSARY/ACCOUNTANT  (X) OTHER Warden Gregory Briggs  ( ) RECORDS  ( ) SHAKEDOWN

REQUEST On all day after discussing w/your Dir. of Tx. Jill Guffaro about DCP failing to notify inmates about members of the PREA committee/audit that I ... related our right to forward our concerns to the PREA audit ... me w/them and the PREA Audit ... Contact info ... assur[ed] me that my letter would be mailed out. On 3/15/24 I/we ... submitted to ... request ... in further ... and not that the letter would be mailed out. She said I/we ... REPLY On all day I/we ... warded letter to PREA Auditor/team, then She forwarded it to Business office to be mailed or Per ... to Ms. Buffaore ... the letter wasn't mailed out & you wonder why I continue to NOT ... w/in ... able time & time again you lie to my face & you spin me & continue to create unnecessary ... & drama/problems for me. (2) Please see response from warden. Thank you

## Dauphin County Prison - INMATE REQUEST FORM

DCP-77

To:
From: Cody Carbaugh _____ D.C.P.# 082738 Date 6/6/24 Block/Cell Q6 5
To: ( ) WARDEN ( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR
( ) COMMISSARY/ACCOUNTANT (X) OTHER E.R. Right to Know ( ) RECORDS ( ) SHAKEDOWN
REQUEST In response to your request for clarification about envelopes
if it is mailed by your chaplain it is not logged. Only outgoing
indigent mail that goes to admin is logged in that report. If you
have further questions, please speak to someone in Treatment.
REPLY These questions are not Right to Know.
                    Thank you
                    E.R. 6/6/24

---

## Dauphin County Prison - INMATE REQUEST FORM

DCP-77

From: Cody Carbaugh _____ D.C.P.# 082738 Date 6/4/84 Block/Cell Q6-5
To: ( ) WARDEN ( ) DEPUTY WARDEN _____ ( ) CHAPLAIN ( ) COUNSELOR
( ) COMMISSARY/ACCOUNTANT (X) OTHER Emelia Rodriguez RTK ( ) RECORDS ( ) SHAKEDOWN
REQUEST I am in receipt of your response dated 5/31/24?... Which includes pre-stamp
envelopes. Anything you mail in these envelopes is not tracked in our Indigent
log? We do not receive pre-stamped envelopes in our indigent Kit. They're
unstamped in which if its personal mail it gets forwarded to the chaplain to
REPLY Provide postage. Only the intake Kit when you come to DCP has stamped envelopes
So I am unclear on what is Not logged. Thanks ☺
See response on other slip.
                    E.R. 6/6/24

**Dauphin County Prison** - INMATE REQUEST FORM

DCP - 77

From **Cody Carbaugh** D.C.P.# **082738** Date **6/17/24** Block/Cell **Q6-5**

To: (X) WARDEN ( ) DEPUTY WARDEN ( ) CHAPLAIN ( ) COUNSELOR
( ) COMMISSARY/ACCOUNTANT (X) OTHER **Warden Briggs** ( ) RECORDS ( ) SHAKEDOWN

REQUEST You were supposed to meet w/me to discuss legal mail issues by the close of business on 6/14/24. You failed to do so. You were then supposed to meet w/me no later than close of business today 6/17/24. You failed to do so again. I get it, Your a "busy" man but I'm truly fed up w/the broken promises. If you say you're going

REPLY to do something it's reasonable to expect you to do so. Not meeting w/me when you say you're going to does nothing but cause undue stress & frustration.

---

Warden Briggs met w/ you on 7/11/24. O.P. 7/2/24

**Dauphin County Prison** - INMATE REQUEST FORM

DCP - 77

From **Cody Carbaugh** D.C.P.# **082738** Date **6/17/24** Block/Cell **Q6-5**

To: (X) WARDEN ( ) DEPUTY WARDEN ( ) CHAPLAIN ( ) COUNSELOR
( ) COMMISSARY/ACCOUNTANT (X) OTHER **Warden Briggs** ( ) RECORDS ( ) SHAKEDOWN

REQUEST You responded to my legal mail grievance on 6/17/24 that you were going to meet w/me on 6/17/24 & that I need to provide proof that some legal mail is NOT being mailed out. I have been trying to show you & treatment the proof since MARCH 20, 2024 but every single person refuses to meet w/me to discuss it.

REPLY for me to show the proof. You were supposed to see me twice now over this & failed to do so. How am I to show the proof & have this issue resolved if you & everyone else refuses to meet w/me or look at the proof? (cc)

---

**Dauphin County Prison** - INMATE REQUEST FORM

DCP - 77

From **Cody Carbaugh** D.C.P.# **082738** Date **6/20/24** Block/Cell **Q6-5**

To: ( ) WARDEN ( ) DEPUTY WARDEN ( ) CHAPLAIN ( ) COUNSELOR
( ) COMMISSARY/ACCOUNTANT (X) OTHER **Dir of TX, Jill Cufford** ( ) RECORDS ( ) SHAKEDOWN

REQUEST On 3/26/24 Dr Andia Pena stated the Inmate Handbook would be updated to reflect the actual outgoing legal mail policy for indigent senders. On 4/5/24 Emeilia Rodriguez stated the same. On 4/11/24 Ann Ying/t also stated the same in grievance # 1305. On 6/14/24 Gregory Briggs agreed w/all previous responses to grievances. YET, circling back to this,

REPLY the Inmate Handbook has NOT been updated 3 months later & if it has, we haven't been provided the update. The lack of coherence & sticking to what is said is one of the reasons (NOT) Why we continue to have issues @ The handbook has been REVISED



# 082738
_hin_ County Prison
Mall Road
_isburg, PA 17111

\* Confidential
Legal
Correspondence \*

\* Confidential
Legal
Correspondence \*

Supreme Court of Pennsylvania
601 Commonwealth Ave
Suite 4500
Harrisburg, PA 17120

\* Confidential
Legal
Correspondence \*

Prisoner Mail Rule 11/8/23

**RETURN TO SENDER FOR POSTAGE**

Postage
Due **1.89**

SENDER: (REMOVE LABEL, AFFIX POSTAGE, AND REMAIL)

Label has been removed.
You need to affix more postage
to mail or put in one of
your own envelopes.



Public Defender of Clearfield County
230 East Market Street
Suite 222
Clearfield, PA 16830

RECEIVED
JUN 10 2022
CLEARFIELD COUNTY OFFICE
CLEARFIELD COUNTY
PUBLIC DEFENDER'S OFFICE

VALNL: 93331060078

US POSTAGE
FIRST-CLASS MAIL
$000.53⁰
04/28/2022 ZIP 16830
041M11219792

DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111

[ ] RETURN TO SENDER
[ ] ADDRESSEE UNKNOWN
[X] ADDRESSEE RELEASED
[ ] (NO FORWARDING ADDRESS)
[ ] CONTENTS NOT APPROVED

Cody Carr
Dauphin County Jail
501 Mall Road
Harrisburg, PA 17111

17111<1202
RM2

16830>2448

Public Defender of Clearfield County
230 East Market Street
Suite 222
Clearfield, PA 16830

RECEIVED
JUN 10 2022
CLEARFIELD COUNTY
PUBLIC DEFENDER'S OFFICE



US POSTAGE
FIRST-CLASS MAIL
IMI
$000.53
04/29/22 ZIP 16830

DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111

RETURN TO SENDER
ADDRESSEE UNKNOWN
ADDRESSE:

NIXIE          171    DE  1        0006/06/22

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Cody Carr
Dauphin County Jail
501 Mall Road
Harrisburg, PA 17111

## MEMORANDUM

**TO: Clerk of Court**

    **William J. Nealson U.S. Courthouse**

**FROM: Cody Carr Carbaugh**

    **DCP # 082738**

**RE: Civil No. 3:24-CV-01633**

    **Cody Allen Carr v. Jillian Cuffaro, et al.**

Clerk of Court:

Enclosed is my "amended complaint" for the above-captioned case that was severed from civil no. 3:24-CV-01085-MEM-LT that I was directed from Judge Mannion to amend and refile if I chose to continue with such civil rights complaint. If you could please file this amended complaint for the above-captioned case, I would greatly appreciate it.

Also enclosed is a copy of the Thirty (30) day Administrative Order (Civil Rights Action) with caption case Civil no. 3:24-CV-01633 that was severed from Civil no. 3:24-CV-01085-MEM-LT, ordering Plaintiff to file an application to proceed In Forma Pauperis; my application to proceed In Forma Pauperis with the above-captioned case; court order from the Honorable Judge Mannion in Civil no. 3:24-CV-01085-MEM-LT ordering Plaintiff to include said order as Doc. 1 in the above-captioned severed; Form AO 398 and Form AO 399 for each defendant; and finally exhibits for the above-captioned case.

If you could please file these in the above-captioned case and also provide me with a copy of both the above-captioned case docket transcript as well as the docket transcript for Civil no. 3:24-CV-01085-MEM-LT.

Thank you for your time and consideration on this matter.

Respectfully Submitted,

Cody Carr Carbaugh (DCP # 082738)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

CODY ALLEN CARR,                    :

         **Plaintiff**          :     **CIV. ACTION NO. 3:24-CV-1085**

         **v.**                :          **(JUDGE MANNION)**

SEAN BORDEN, *et al.*,              :

         **Defendants**         :

## O R D E R

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.  Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

2.  Plaintiff shall pay the full filing fee of $350.00 based on the financial information provided in the application to proceed *in forma pauperis*. The full filing fee shall be paid regardless of the outcome of the litigation. Pursuant to 28 U.S.C. 1915(b)(1) and (2), the Superintendent/Warden, or other appropriate official at plaintiff's place of confinement, is directed to deduct an initial partial filing fee of 20% or the greater of:

3.  The average monthly deposits in the inmate's prison account for the past six months, or

4.  The average monthly balance in the inmate's prison account for the past six months.

5.  The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of

Pennsylvania, P.O. Box 1148, 235 N. Washington Avenue, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in plaintiff's inmate trust fund account exceeds $10.00, the Superintendent/Warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number.

6. The Clerk of Court is **DIRECTED** to send a copy of this order to the Superintendent/Warden of the institution where plaintiff is presently confined.

7. Plaintiff's claims alleging that defendants failed to protect him from harm by inmate D.S. and defendant Hinkle are **DISMISSED** as misjoined in violation of Rule 20 without prejudice to plaintiff's right to refile the claims in new lawsuits.

8. Plaintiff's claim alleging interference with his mail is **SEVERED** from this case. The Clerk of Court is directed to open a new case with respect to this claim. The caption of this new case shall be Carr v Cuffaro, et al. This order shall be docketed as Doc. 1 in the new case. No complaint shall be docketed in the new case at this time. The undersigned shall be assigned as the presiding judge in the new case.

9. Upon docketing the new case with respect to the severed claim, the Clerk of Court is directed to issue a 30-day administrative order in the new case requiring plaintiff to either pay the requisite filing fee or move for leave to proceed *in forma pauperis* within thirty days. Failure to comply with the terms of the 30-day administrative order will result in dismissal of the case without prejudice.

10. Plaintiff is directed to file an amended complaint in the new case within sixty (60) days of this order. Factual allegations in the amended complaint shall be limited to plaintiff's claim alleging interference with his mail.

11. Failure to file an amended complaint in the new case will result in dismissal of the case without prejudice.

12. Plaintiff's claims against defendant Kothe alleging violation of a Protection from Abuse order or violation of Department of Corrections policy are **DISMISSED WITH PREJUDICE**.

13. Plaintiff's deliberate indifference claim against defendant Kothe is **DISMISSED WITHOUT PREJUDICE**.

14. Within thirty (30) days of the date of this order, plaintiff may file an amended complaint with respect to his deliberate indifference claim against defendant Kothe.

15. Any amended complaint filed pursuant to this order shall be filed to the same docket number as the instant action, shall be entitled "Amended Complaint," and shall be complete in all respects. It shall be a new pleading that stands by itself as an adequate complaint under the Federal Rules of Civil Procedure.

16. The Clerk of Court is directed to mail plaintiff a civil rights complaint form with this order.

17. If plaintiff fails to file an amended complaint, his deliberate indifference claim against defendant Kothe will be dismissed with prejudice for the reasons stated in the accompanying memorandum, and this case will be closed.

18. Plaintiff's motion for leave to amend (Doc. 10) is **DENIED AS MOOT**.

*s/ Malachy E. Mannion*
**Malachy E. Mannion**
**United States District Judge**

**Dated: September 25, 2024**
24-1085-01-order

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RE:   Cody Allen Carr**

**Inmate#:   082738**                    **Civil Action No: 3:24-cv-01633**

## THIRTY (30) DAY ADMINISTRATIVE ORDER (CIVIL RIGHTS ACTION)

September 25, 2024

To proceed with the above-captioned action, Plaintiff must either:

1.   Tender payment in the amount of **$402.00** to the Clerk of Court; or

2.   **Fully complete** and file an application to proceed *in forma pauperis*.  The

proper application is attached.

Failure to comply within thirty (30) days of the date of this Order will cause

this action to be dismissed without prejudice.

**PETER J. WELSH**
**CLERK OF COURT**

S/KT
Deputy Clerk

Pro-Se Indigent mailing
Name: Cody Carr (Carbaugh)
DCP #: 089738

Dauphin Co. Prison
501 Mall Road
Harrisburg, PA
17111



USED 2-DAY

William J. Nealson U.S. Courthouse

Attn: Clerk of Court

235 North Washington Avenue

PO Box 1148

Scranton, PA 16501

RECEIVED
SCRANTON

OCT 2 3 2024

PER _____ Amo _____
DEPUTY CLERK

Prisoner mailbox Rule 1011u10y

✳ Confidential Legal Correspondence ✳