# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CODY ALLEN CARR, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | No. 3:24-cv-01633 |
| v. | : | (Honorable Keli M. Neary) |
| | : | |
| JILLIAN CUFFARO, et al., | : | JURY TRIAL DEMANDED |
| Defendants | : | |

## ENTRY OF APPEARANCE

Kindly enter the appearances of Frank J. Lavery, Jr., Esquire and Rebecca A. McCullough, Esquire, on behalf of Defendants Jillian Cuffaro, Latonya Ray, Janine Rawls, Sean Boran, Christian Dreibelbis and William Welden, only relative to the above-referenced matter.

Respectfully submitted,
Lavery Law

By: */s/ Frank J. Lavery, Jr.*
Frank J. Lavery, Jr., Esquire
Attorney No. PA 42370
225 Market Street, Suite 304
Dated: February 20, 2025    Harrisburg, PA 17101-2126
(717) 233-6633 (Telephone)
(717) 233-7003 (Facsimile)
flavery@laverylaw.com
Attorney for Defendants Cuffaro, Ray,
Rawls, Boran, Dreibelbis and Welden, only


By: */s/ Rebecca A. McCullough*
Rebecca A. McCullough, Esquire
Attorney No. PA 330848

Dated: <u>February 20, 2025</u>          225 Market Street, Suite 304
Harrisburg, PA 17101-2126
(717) 233-6633 (Telephone)
(717) 233-7003 (Facsimile)
rmccullough@laverylaw.com
Attorney for Defendants Cuffaro, Ray,
Rawls, Boran, Dreibelbis and Welden, only

## **CERTIFICATE OF SERVICE**

I, Aimee L. Paukovits, an employee with the law firm of Lavery Law, do hereby certify that on this 20th day of February, 2025, I served a true and correct copy of the foregoing Entry of Appearance via ECF on Plaintiff as follows:

Cody Allen Carr
082738
Dauphin County Prison
SPECIAL MAIL – OPEN ONLY IN PRESENCE OF INMATE
501 Mall Road
Harrisburg, PA  17111


/s/ Aimee L. Paukovits_____
Aimee L. Paukovits,
Senior Legal Assistant


This document has also been electronically filed and is available for viewing and downloading from the ECF system.