# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CODY ALLEN CARR, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | No. 3:24-cv-01633 |
| v. | : | (Honorable Keli M. Neary) |
| | : | |
| JILLIAN CUFFARO, et al., | : | JURY TRIAL DEMANDED |
| Defendants | : | |

## **WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Rebecca A. McCullough, Esquire, on behalf of Defendants Jillian Cuffaro, Latonya Ray, Janine Rawls, Sean Boran, Christian Dreibelbis and William Welden, only relative to the above-referenced matter.

Dated: June 30, 2025

By: */s/ Rebecca A. McCullough*
Rebecca A. McCullough, Esquire
Attorney No. PA 330848
225 Market Street, Suite 304
Harrisburg, PA 17101-2126
(717) 233-6633 (Telephone)
(717) 233-7003 (Facsimile)
rmccullough@laverylaw.com
*Attorney for Defendants Cuffaro, Ray, Rawls, Boran, Dreibelbis and Welden, only*

## **CERTIFICATE OF SERVICE**

    I, Alana R. Humphrey, an employee with the law firm of Lavery Law, do hereby certify that on this 30th day of June, 2025, I served a true and correct copy of the foregoing Entry of Appearance via U.S. First Class Mail on Plaintiff as follows:

Cody Allen Carr
082738
Dauphin County Prison
SPECIAL MAIL – OPEN ONLY IN PRESENCE OF INMATE
501 Mall Road
Harrisburg, PA  17111

                                                   */s/ Alana R. Humphrey*
                                                   Alana R. Humphrey,
                                                   Legal Assistant