## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CODY ALLEN CARR,** | : | **CIVIL ACTION NO. 3:24-CV-1633** |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **JILLIAN CUFFARO,** *et al.***,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 5th day of January, 2026, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion to dismiss, motion for entry of default, and motion to strike (Docs. 26, 40, 41) are DENIED.

2. Defendants shall answer plaintiff's amended complaint in accordance with the Federal Rules of Civil Procedure.

3. The pre-trial schedule in the above-captioned case shall be as follows:

   a. Discovery shall be completed on or before June 30, 2026. In accordance with Local Rule of Court 5.4(b), the parties shall refrain from filing discovery requests with the court.

   b. Dispositive motions shall be filed on or before August 31, 2026.

4. Any motions or briefs filed after the expiration of the applicable deadline without prior leave of court shall be stricken from the record.

5. No extensions of the pre-trial schedule shall be granted absent good cause. See Fed. R. Civ. P. 16(b).

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania